PROB 12C
(6/16)

Report Date: September 26, 2022

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Sep 29, 2022**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Gregory Cecil Early | Case Number: | 0980 2:10CR00178-EFS-1 |
| Address of Offender: | ▇▇▇▇▇▇▇▇▇▇▇ | Washington 99006 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 9, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(A)(viii) | | |
| Original Sentence: | Prison - 162 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Sentence Reduction (October 5, 2020) | Prison - 3639 days; TSR - 60 months | | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | October 26, 2020 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | October 25, 2025 |

## PETITIONING THE COURT

To issue a summons.

On November 2, 2020, the conditions of supervision were reviewed with Mr. Early. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: It is alleged Mr. Early is in violation of his conditions of supervised release by consuming methamphetamine on or around September 6 and 13, 2022.

On September 7, 2022, Mr. Early submitted to urinalysis testing at Alcohol Drug Education Prevention and Treatment located in Deer Park, Washington. The urine sample was positive for methamphetamine and it was confirmed by the contract laboratory. Mr. Early admitted to the undersigned officer that he used methamphetamine on September 6, 2022.

Prob12C
Re: Early, Gregory Cecil
September 26, 2022
Page 2

On September 13, 2022, Mr. Early submitted to urinalysis testing at the U.S. Probation Office. The urine sample was positive for the presence of methamphetamine and it was confirmed by the contract laboratory. He denied any use of controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 26, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Edward F. Shea

Signature of Judicial Officer

September 29, 2022

Date