PROB 12C
(6/16)

Report Date: December 8, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory Cecil Early    Case Number: 0980 2:10CR00178-EFS-1

Address of Offender: ███████████████  Deer Park, Washington 99006

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 9, 2012

Original Offense:    Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(A)(viii)

Original Sentence:    Prison - 162 months      Type of Supervision: Supervised Release
                     TSR - 60 months

Sentence Reduction    Prison - 3639 days
(October 5, 2020)     TSR - 60 months

Asst. U.S. Attorney:    Timothy John Ohms    Date Supervision Commenced: October 26, 2020

Defense Attorney:    Lorinda Meier Youngcourt    Date Supervision Expires: October 25, 2025

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 9/29/2022.

On November 2, 2020, the conditions of supervision were reviewed with Mr. Early. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #17**: Defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: It is alleged that Mr. Early violated the conditions of his supervised release by consuming alcohol on or about November 2, 2022. |
| | On December 5, 2022, the undersigned received a monthly status report from Mr. Early's treatment provider which indicated his urinalysis tested positive for alcohol on November 3, 2022. On December 6, 2022, the undersigned spoke with Mr. Early via telephone, at which time he admitted to consuming alcoholic beverages on or about November 2, 2022. |

Prob12C
**Re: Early, Gregory Cecil**
**December 8, 2022**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/08/2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Edward F. Shea*

Signature of Judicial Officer

December 9, 2022

Date