PROB 12C
(6/16)

Report Date: February 8, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory Cecil Early                    Case Number: 0980 2:10CR00178-EFS-1

Address of Offender: ███████████ Deer Park, Washington 99006

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 9, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 162 months<br>TSR - 60 months    Type of Supervision: Supervised Release |
| Sentence Reduction<br>(October 5, 2020) | Prison - 3639 days<br>TSR - 60 months |
| Asst. U.S. Attorney: | Timothy John Ohms    Date Supervision Commenced: October 26, 2020 |
| Defense Attorney: | Lorinda Meier Youngcourt    Date Supervision Expires: October 25, 2025 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/29/2022 and 12/09/2022.

On November 2, 2020, the conditions of supervision were reviewed with Mr. Early. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: It is alleged that on or about February 6, 2023, Mr. Early violated the conditions of his supervised release by committing the criminal offenses of resisting/obstructing, possession of paraphernalia, and fleeing or eluding a peace officer.

Specifically, on February 6, 2023, at approximately 12:37 a.m., per Kootenai County Sheriff's Office (KCSO) report 23-05581, two KCSO deputies responded to a report of a suspicious vehicle parked in the roadway and the respondent noted the occupants in the car were "smoking meth".  Mr. Early was in the driver's seat of the vehicle. He provided his

Prob12C
**Re: Early, Gregory Cecil**
**February 8, 2023**
**Page 2**

driver's license to a deputy while the other deputy spoke with the female passenger. While speaking with the female passenger, the deputy observed drug paraphernalia in plain view of the vehicle, specifically tin foil with burnt residue and a clear glass tube burnt on one end, in which he recognized both items to be consistent with using illicit substances.

Upon the observation of the drug paraphernalia, the deputy asked Mr. Early to exit the vehicle which he declined. The deputy explained that he was going to search his vehicle and he needed to comply with the request. Mr. Early again declined to exit the vehicle and rolled his window up. The deputy continued to give clear commands to roll down his window, unlock the door, and exit the vehicle. Thereafter, Mr. Early reached down to the vehicles gear shift and placed the transmission in gear and left the location at a high rate of speed. Due to the deputies having Mr. Early's driver license they did not pursue his vehicle.

Due to Mr. Early's refusal to step out of the vehicle, the deputy believes he is in violation of Idaho Code (IC) 18-705, resisting and obstructing.

Due to the observation of drug paraphernalia in Mr. Early's vehicle, the deputy believes he is in violation of IC 37-2734A(1), possession of paraphernalia.

Due to Mr. Early driving away at a high rate of speed, the deputy believes he is in violation of IC 49-1404, fleeing or eluding.

The deputy has filed a complaint with the Kootenai County Prosecutor's Office requesting an arrest warrant for the aforementioned charges.

4    **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or the probation officer.

**Supporting Evidence**: It is alleged that Mr. Early violated the conditions of his supervised release by leaving the district without permission of the Court or the probation officer, on or about February 4 and 6, 2023.

Specifically, on February 4, 2023, per KCSO report 23-05286, Mr. Early was stopped by a KCSO deputy for a traffic stop in the District of Idaho. Mr. Early did not have permission from the Court or the probation officer to leave the Eastern District of Washington (EDWA).

On February 6, 2023, per KCSO report 23-05581, Mr. Early was contacted in the District of Idaho in which he did not have permission from the Court or the probation officer to leave the EDWA.

On February 7, 2023, Mr. Early acknowledged that he left the EDWA without permission from the undersigned and/or the Court.

5    **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: It is alleged that Mr. Early violated the conditions of his supervised release by using methamphetamine, on or about February 6, 2023.

**Prob12C**
**Re: Early, Gregory Cecil**
**February 8, 2023**
**Page 3**

On February 7, 2023, Mr. Early reported to the probation office as directed. Mr. Early denied using and/or relapsing on any illicit substances and subsequently provided a urinalysis that was invalid, as it was dilute. The undersigned requested Mr. Early provide a subsequent sample which he did shortly thereafter and this urinalysis specimen was presumptive positive for methamphetamine. He denied use, but stated that he was around individuals who were smoking methamphetamine on the evening of February 6, 2023. On the evening of February 7, 2023, the undersigned spoke with Mr. Early via telephone. At which time, he admitted to last using methamphetamine on or about February 6, 2023, and he apologized for his initial dishonesty.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 8, 2023
_____

s/Jonathan C. Bot
_____

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

2/8/2023
_____
Date