PROB 12C
(6/16)

Report Date: April 24, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory Cecil Early      Case Number: 0980 2:10CR00178-EFS-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉, Deer Park, Washington 99006

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 9, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 162 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Sentence Reduction (October 5, 2020) | Prison - 3639 days<br>TSR - 60 months |
| Asst. U.S. Attorney: | Timothy John Ohms |
| | Date Supervision Commenced: October 26, 2020 |
| Defense Attorney: | Lorinda Meier Youngcourt |
| | Date Supervision Expires: October 25, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 9/29/2022, 12/9/2022 and 02/08/2023.

On November 2, 2020, the conditions of supervision were reviewed with Mr. Early. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 16**: The defendant shall abstain from the illegal use of controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Early violated the above-stated condition by using methamphetamine on or about April 10, 2023. |
| | Specifically, on April 10, 2023, Mr. Early provided a urinalysis specimen at his treatment provider which was sent to the laboratory for further testing of illicit substances. On April 12, 2023, the urinalysis specimen report was returned to the treatment provider in which it |

Prob12C
Re: Early, Gregory Cecil
April 24, 2023
Page 2

was determined the specimen was confirmed positive for methamphetamine. On April 14, 2023, Mr. Early's treatment provider informed the undersigned of the positive urinalysis and Mr. Early was subsequently contacted by the undersigned. Mr. Early denied relapsing on methamphetamine but did inform the undersigned that while at a friend's residence on April 9, 2023, he picked up a piece of methamphetamine he observed on the floor.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/24/2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

April 28, 2023
Date