PROB 12C
(6/16)

Report Date:  August 3, 2023

# United States District Court

**for the**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Eastern District of Washington**

Aug 03, 2023

SEAN F. MCAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Gregory Cecil Early         Case Number: 0980 2:10CR00178-EFS-1

Address of Offender: ███████████████ Deer Park, Washington 99006

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 9, 2012

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 162 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Sentence Reduction<br>(October 5, 2020) | Prison - 3,639 days<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: October 26, 2020 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: October 25, 2025 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/29/2022, 12/09/2022, 02/08/2023, and 04/28/2023.

On November 2, 2020, the conditions of supervision were reviewed with Mr. Early. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that on or about July 27, 2023, Mr. Early violated the conditions of his supervised release by committing the criminal offenses of felony possession of controlled substance  with intent to distribute methamphetamine,  possession of controlled substance  with intent to distribute fentanyl, and misdemeanor providing false information to a law enforcement officer.<br><br>On July 27, 2023, per Kootenai County Sheriff's Office (KCSO) report 23-32331, a KCSO deputy observed a vehicle allegedly commit minor traffic violations in which he then conducted |

Prob12C
**Re: Early, Gregory Cecil**
**August 3, 2023**
**Page 2**

a traffic stop on the vehicle. Upon making contact with the vehicle, the deputy observed three individuals in the vehicle, including a male in the front passenger seat of the vehicle later identified as Mr. Gregory Early. The KCSO deputy noted that Mr. Early refused to identify himself and was displaying nervous behavior as he began to sweat and was occasionally glancing at the glove box. It should be noted the KCSO deputy observed the other two occupants in the vehicle displayed, and had physical signs of controlled substance use, such as having scabs, sores, and pinpoint pupils.

The occupants of the vehicle were removed from the vehicle and a certified drug detection K-9 was deployed on the vehicle to determine if there were possibly controlled substances inside the vehicle. The K-9 indicated trained behavior consistent with the presence of the odor of a controlled substance within the vehicle and thus a search of the vehicle was to going to be conducted. Upon searching the front passenger seat where Mr. Early was sitting,  the deputy attempted to open the glove box though it was locked and he ascertained that Mr. Early had the keys to the car but not a key to the glove box. The deputy noted that Mr. Early appeared to become nervous when he inquired about the glove box and he challenged the deputy for the reason of the stop and search and he continued to not provide his true name. The deputy was able to open the glove box, and once it opened he discovered a grey zippered bag containing a large amount of methamphetamine, a few hundred pills, later determined to be fentanyl, scales, and clear plastic baggies consistent with the sales and/or distribution of controlled substances.

The deputy read all the occupants in the vehicle their Miranda warnings and they stated they understood their rights. The deputy was able to determine Mr. Early's identity as there were multiple prescription pill bottles with his name on them inside the vehicle. Mr. Early informed the deputy the vehicle belonged to him and that his only possessions in the vehicle were two cellular telephones. It should be noted, Mr. Early has informed the undersigned he does not own any cellular telephones. Upon being detained, Mr. Early consented to the deputy to search his person, in which he had large denominations of cash and multiple notes in his wallet noting how many pills he was owed.

The deputy ascertained, given the space occupied by Mr. Early in the vehicle, possession of the keys to the vehicle, property in the vehicle, and admissions by the other occupants,  it was his determination that the methamphetamine and fentanyl located in the glove box belonged to Mr. Early. Furthermore, based on the totality of the circumstances to include the large amount of cash on Mr. Early without him having a job and ledgers/notes in his wallet denoting amounts of money owed, Mr. Early was charged with possession of controlled substance  with intent to distribute methamphetamine and possession of controlled substance  with intent to distribute fentanyl. Mr. Early was also charged with providing false information to a law enforcement officer, as he provided a false name when he was required to identify himself. Mr. Early was subsequently arrested and on July 28, 2023, Mr. Early made an initial appearance and his bail was set at $500,000 and he remains in the Kootenai County Jail as of this writing.

8      **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

Prob12C
**Re: Early, Gregory Cecil**
**August 3, 2023**
**Page 3**

**Supporting Evidence**: It is alleged that on or about July 27, 2023, Mr. Early violated the conditions of his supervised release by possessing controlled substances, specifically methamphetamine and fentanyl.

On July 27, 2023, per KCSO report 23-32331, a search of Mr. Early's vehicle was conducted in which methamphetamine and fentanyl were located in his vehicle and he was subsequently charged with possession of controlled substance with intent to distribute methamphetamine and possession of controlled substance with intent to distribute fentanyl.

9   **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: It is alleged that Mr. Early violated the conditions of his supervised release by leaving the district without permission of the Court or the probation officer, on or about July 27, 2023.

On July 27, 2023, per KCSO report 23-32331, Mr. Early was contacted in the District of Idaho in which he did not have permission from the Court or the probation officer to leave the Eastern District of Washington.

10   **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: It is alleged that Mr. Early violated the conditions of his supervised release on or about July 27, 2023, by associating with a convicted felon without the permission from his probation officer.

On July 27, 2023, per KCSO report 23-32331, Mr. Early was contacted in the District of Idaho with two other individuals during a traffic stop. Specifically, one of the individuals in the vehicle is a convicted felon. A criminal history check notes the individual has a conviction for felony burglary on May 9, 2018, in Spokane County Superior Court. The individual informed KCSO deputies during the aforementioned traffic stop that he has been residing with Mr. Early on his property and this was confirmed by Mr. Early while speaking to a deputy. Mr. Early never relayed this information to the U.S. Probation Office that he is associating with the individual and/or that he was residing on his property.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 3, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Early, Gregory Cecil**
**August 3, 2023**
**Page 4**

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_Edward F. Shea_
_____
Signature of Judicial Officer

August 3, 2023
_____
Date